# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 69 WAL 2017

                Respondent       :

                      :   Petition for Allowance of Appeal from
                      :   the Order of the Superior Court
         v.            :

JAMES EDWARD CARTER, JR.,     :

                Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.